HERMAN WEISSBERGER et al., Appellants, *v.* SIDNEY WALLACH et al., as Executors of KARL M. WALLACH, Deceased, Respondents.

*Weissberger* v. *Wallach,* 135 App. Div. 918, affirmed.
(Submitted March 3, 1911; decided March 28, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1909, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to compel the specific performance of a contract to sell real estate.

*Albert A. Hovell* for appellants.

*Stanislaus M. Tuckman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.